UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 3 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RUBEN FLORES,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>ASSUREHIRE, INC.,<br><br>　　　　Defendant - Appellee. | No. 25-4110<br><br>D.C. No. 2:25-cv-01621-WLH-SK<br>Central District of California, Los Angeles<br><br>ORDER |

"[A] plaintiff, who has been given leave to amend, may not file a notice of appeal simply because he does not choose to file an amended complaint. A further district court determination must be obtained." *WMX Techs., Inc. v. Miller*, 104 F.3d 1133, 1136 (9th Cir. 1997); *see also* 28 U.S.C. § 1291. This court may therefore lack jurisdiction over this appeal.

Within 21 days, appellant must either file a motion to voluntarily dismiss this appeal or file a statement explaining why it should not be dismissed. If appellant does not do so, the court will dismiss the appeal. *See* 9th Cir. R. 42-1.

If appellant files a statement, appellee may file a response within 10 days.

Briefing is stayed.

　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　　　　　　　CLERK OF COURT