# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* https://www.ca9.uscourts.gov/forms/form07instructions.pdf

**9th Cir. Case Number(s)** 25-4110

**Case Name** Flores v. AssureHire, Inc.

**Counsel submitting this form** Meir Rubinov

**Represented party/parties** Plaintiff Ruben Flores

*Briefly describe the dispute that gave rise to this lawsuit.*

Plaintiff Ruben Flores applied for a job with Patriot Environmental Services and received a conditional offer of employment. The offer was rescinded after Defendant AssureHire, Inc., a consumer reporting agency, issued a background check falsely reporting that Plaintiff had a misdemeanor DUI conviction, which actually belonged to a different individual. Plaintiff alleges that Defendant failed to follow reasonable procedures to assure maximum possible accuracy under 15 U.S.C. § 1681e(b), and failed to provide the notice required by § 1681k(a)(1), thereby triggering—but failing to meet—the strict procedures required under § 1681k(a)(2). As a result, Plaintiff suffered significant financial harm due to delayed employment and lost wages, and experienced severe emotional distress, including anxiety, reputational damage, family upheaval, and physical symptoms tied to the stigma and embarrassment of being misidentified as a convicted criminal.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**     *Rev. 09/01/22*

1

*Briefly describe the result below and the main issues on appeal.*

The district court granted Defendant's motion to dismiss in its entirety. The court dismissed Plaintiff's claims under 15 U.S.C. § 1681e(b) and California Civil Code § 1785.14 with prejudice, holding that Defendant's report was not inaccurate or misleading because it merely returned a facially accurate public record (because it was accurate against a wholly distinctive consumer) that did not explicitly state it belonged to Plaintiff. On appeal, Plaintiff seeks review of whether it is inaccurate under the FCRA to include, in a consumer report about a particular individual, criminal record information that in fact belongs to someone else. Specifically, the issues presented include: (1) whether it is inaccurate to report criminal history that does not belong to the consumer about whom the employer inquiry was made, simply because the record is true of another person; and (2) whether such reporting is misleading under the FCRA, where it risks causing and actually does cause the user of the report to mistakenly conclude that the criminal record pertains to the consumer subject of the report.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

There are no remaining or related proceedings in other tribunals.

**Signature**  s/ Meir Rubinov          **Date**  07/15/2025
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**                                                                                  *Rev. 09/01/22*